FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 OCT 17 PM 2:49

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHNNY FRANK ASBERRY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 316-061 |
| ) | |
| MELODY TURNER; ) | |
| WARDEN VINCE LAUGHLIN; and ) | |
| FNU FACION, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of October, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE